# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00691-CR

**David Eugene Weir, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT
## NO. CR24, 432, HONORABLE JOHN YOUNGBLOOD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant David Eugene Weir seeks to appeal a judgment of conviction for unauthorized use of a motor vehicle. *See* Tex. Penal Code § 31.07. The trial court has certified that (1) this is a plea-bargain case and Weir has no right of appeal, and (2) Weir has waived the right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Scott K. Field, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed for Want of Jurisdiction

Filed: November 20, 2014

Do Not Publish